UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS G. JOHNSON,
    Plaintiff,

v.

    Case No. 2:16-CV-172
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

## ORDER

On December 13, 2016, Magistrate Judge Kemp issued a Report and Recommendation in this case. (ECF No. 15.) The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of the right to review. The time period for objections has run and no party has objected. Accordingly, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's statement of errors (ECF No. 10) is **SUSTAINED** and this case is **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four.

**IT IS SO ORDERED.**

1-25-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE